

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/1/2015 3:37:24 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: __04-15-00327-CV__

Trial Court Style: ADAM HURON V. ERICK LOPEZ

Trial Court No.: __2012-CI-18827__

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: __FEBRUARY 4-10, 2015__
The record was originally due: __JULY 2, 2015__
I anticipate the length of the record to be: __1200 PAGES__

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ Other. Explain [attach additional pages if needed]: __I RECEIVED THE DEPOSIT ON 6/9/15 AND ALSO__ I AM ON VACATION JULY 2-6, 2015

_____

I anticipate the record will be completed by: WITHIN 30 DAYS FROM JULY 2, 2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: 7/1/2015 _____ Signature: /s/Maria E. "Mary Helen" Vargas _____
Printed
Name: _____

Title: 224th Official Court Reporter _____

Rev. 1.8.14